Roscoe S. HUNN, Appellant,

v.

MISSOURI DEPARTMENT OF CORRECTIONS, Respondent.

No. WD 69455.

Missouri Court of Appeals, Western District.

April 14, 2009.

Roscoe Hunn, Licking, MO, pro se.

---

Andrew W. Hassell, Jefferson City, MO, for Respondent.

Before ALOK AHUJA, P.J., HAROLD L. LOWENSTEIN, J., and THOMAS H. NEWTON, C.J.

## ORDER

PER CURIAM:

Mr. Roscoe S. Hunn appeals the circuit court's grant of summary judgment for the State on his petition seeking a declaratory judgment that the Department of Corrections miscalculated his minimum prison sentence when it concluded that he was required to serve eighty percent of his prison sentence before becoming eligible for parole.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).